Certificate Number: 17082-PAM-DE-034582318

Bankruptcy Case Number: 20-00993



17082-PAM-DE-034582318

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2020, at 2:37 o'clock PM MST, RAYMOND PAGENHARDT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  June 20, 2020  By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director