```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 20-00993-RNO
Raymond Elliott Pagenhardt                                          Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5      User: admin               Page 1 of 1            Date Rcvd: Jul 23, 2020
                          Form ID: fnldecac         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
db             +Raymond Elliott Pagenhardt,    409 Frieden Manor,    Schuylkill Haven, PA 17972-9538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Charles  Laputka    on behalf of Debtor 1 Raymond Elliott Pagenhardt claputka@laputkalaw.com,
               milda@laputkalaw.com;jen@laputkalaw.com;bkeil@laputkalaw.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans, LLC bkgroup@kmllawgroup.com
              Michelle Jeanne Stranen    on behalf of Creditor    Lake Wynonah Property Owners Association
               mstranen@marcushoffman.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Raymond Elliott Pagenhardt,<br>**Debtor 1** | Chapter 7<br><br>Case No. 5:20−bk−00993−RNO |

Social Security No.:
xxx−xx−1530

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 22, 2020

BY THE COURT
By the Court,

*[Signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)